**L. S. GILMORE, HARRY PARRAZINE, JOHN A. DAVIS, SAM TICHI AND J. M. SHARPLESS, v. J. M. LEE, as Comptroller of the State of Florida; and PENSACOLA INTERSTATE FAIR ASSOCIATION, INC.**

8 So. (2nd) 497                                 Division B
June 5, 1942

Chas. S. Ausley and John C. Ausley, for petitioners.

J. Tom Watson, Attorney General, and A. Lawrence Truitt, Assistant Attorney General, for respondent.

J. Lewis Hall, attorney for intervenor.

PER CURIAM:

No reversible error is disclosed by a study of the record in this case, therefore, the petition for certiorari is denied.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, JJ., concur.